UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS V.T.[1],<br><br>              Plaintiff,<br><br>   v.<br><br>LELAND DUDEK[2], Acting<br>Commissioner of Social Security,<br><br>              Defendant. | Case No.: 24-cv-1022-RSH-MMP<br><br>**ORDER STRIKING NON-COMPLIANT BRIEFS, VACATING BRIEFING SCHEDULE, AND TAKING MOTION UNDER SUBMISSION** |

On March 14, 2025, the Court entered an order directing additional briefing on Plaintiff's motion for judgment, in order to address certain deficiencies that the Court identified in the original briefing. ECF No. 20. The order gave Plaintiff three weeks to file a new brief, stating, "Plaintiff's [new] principal brief must be filed on or before April 2,

---

[1]     In accordance with Civil Local Rule 7.1(e)(6)(b), the Court refers to all non-government parties by using their first name and last initial

[2]     Leland Dudek is the current Acting Commissioner of Social Security and is automatically substituted as the defendant pursuant to Federal Rule of Civil Procedure 25(d)

2025." *Id.* The order also stated, "[t]he Parties' briefs shall in all respects comply with the Civil Local Rules of this Court." *Id.*

Plaintiff filed a new principal brief on April 4, 2025, two days late, without seeking leave. ECF No. 21. The new principal brief was 40 pages in length, exceeding by 15 pages the limit prescribed by the Local Rules. *See* CivLR 7.1(h). Those rules also provide that "[t]he Clerk's Office is directed not to file untimely motions and responses thereto without the consent of the judicial officer assigned to the case." CivLR 7.1(g)(7).

On April 7, 2025, Plaintiff filed an amended new principal brief. ECF No. 22. Plaintiff does not seek leave to amend, does not address how or why the brief was amended, and does not address the untimeliness of either brief. Plaintiff's amended new principal brief appears to be even longer than the version filed days before.

The Court orders Plaintiff's new principal briefs [ECF Nos. 21, 22] to be stricken as non-compliant with the Local Rules. The Court takes under submission the briefing previously filed by the Parties, ECF Nos. 16, 18, 19, and will take due note of the uncorrected deficiencies in that briefing that the Court previously identified. The remaining briefing schedule set forth in the Court's order of March 14, 2025, is vacated, and no further briefing is invited.

**IT IS SO ORDERED**.

Dated: April 7, 2025

_Robert S Huie_
_____

Hon. Robert S. Huie
United States District Judge